# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINERVA CHAVEZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Defendant. | Case No.: 3:16-cv-02099-H-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

On August 12, 2019, the parties filed a joint motion to dismiss the entire action with prejudice. (Doc. No. 52.) Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii) and for good cause shown, the Court grants the parties' motion and dismisses the entire action with prejudice, with each party to bear its own attorneys' fees and costs of suit. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: August 12, 2019

　　　　　　　　　　　　　　　　　　*/s/ Marilyn L. Huff*
　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT